**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COREY MICHAELS,<br><br>          Petitioner,<br><br>     v.<br><br>JACK FOX, Warden,<br><br>          Respondent. | NO. CV 14-8531-DDP(E)<br><br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

          DATED:  May 1, 2015

                                    _____
                                           DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE